# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT W. WADLEIGH individually and as Successor Trustee of and on behalf of the ROBERT R. AND MARGARET E. WADLEIGH TRUST and the ROBERT R. AND MARGARET E. WADLEIGH TRUST, a Washington trust,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD GUARANTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No.: 2:24-cv-00126-RSM<br><br>**STIPULATION TO CONTINUE DUE DATE OF ANSWER AND ALL DATES SET FORTH IN THE COURT'S FEBRUARY 21, 2024 ORDER [Doc. 5] BY FORTY-FIVE DAYS AND [PROPOSED] ORDER.**<br><br>**NOTE ON MOTION CALEDNAR: February 27, 2024** |

Plaintiff Robert W. Wadleigh individually and on behalf of Robert R. and Margaret E. Wadleigh Trust and the Robert R. and Margaret E. Wadleigh Trust. ("Plaintiff") and defendant Standard Guaranty Insurance Company ("Defendant"), through counsel and subject to the Court's approval, stipulate as follows:

The dates set forth in the Court's February 21 2024 Order [Doc. 5] will all be continued by 45 days.

The reasons for this stipulation are as follows:

1.  Plaintiff commenced this action on January 30, 2024 with the filing of the initial Complaint [Doc 1].

Stipulation to Continue Due Date of Answer and All Dates Set Forth in the Court's February 21, 2024 Order [Doc.5] by Forty-Five Days and [Proposed] Order.
Cause No. 2:24-cv-00126-RSM
Page 1

Freeman Mathis & Gary, LLC
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380

2. Defendant was served via the Office of the Insurance Commissioner on February 9, 2024; Defendant's Answer is due March 1, 2024.

3. The parties stipulate to extend the due date of the Answer by 30 days, to March 31, 2024.

4. On February 21, 2024, the Court issued an Order Regarding Initial Disclosures, Joint Status Report and Early Settlement [Doc 5] in this case, setting forth a FRCP 26(f) Conference Deadline of March 20, 2024, Initial Disclosure deadline for March 27, 2024, with Joint Status Report deadline for April 3, 2024. *Id.*

5. The parties are working to resolve the matter and are hopeful that a settlement will be reached.

6. The parties therefore jointly request that the Court extend all dates set forth in the February 21 Order [Doc 5] by 45 days.

7. This is the parties' first request for an extension of any dates in this action.

**IT IS SO STIPULATED.**

DATED this 27th day of February, 2024

**FREEMAN MATHIS & GARY, LLP**

*s/Galina Kletser Jakobson*
Galina Kletser Jakobson, WSBA #49501
*Attorneys for Defendant Standard Guaranty Insurance Company*

DATED this 27th day of February, 2024

**LETHER LAW GROUP**

*s/Kevin J. Kay (via email approval)*
Kevin J. Kay, WSBA #34546
*Attorneys for Plaintiffs*

Stipulation to Continue Due Date of Answer and All Dates Set Forth in the Court's February 21, 2024 Order [Doc.5] by Forty-Five Days and [Proposed] Order.
Cause No. 2:24-cv-00126-RSM
Page 2

**Freeman Mathis & Gary, LLC**
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380

# ORDER

**THEREFORE, IT IS HEREBY ORDERED** that Standard Guaranty Insurance Company's Answer is due on March 31, 2024. All deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement [Doc 5] are postponed by 45 days.

DATED this 27th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Due Date of Answer and All Dates Set Forth in the Court's February 21, 2024 Order [Doc.5] by Forty-Five Days and [Proposed] Order.
Cause No. 2:24-cv-00126-RSM
Page 3

**Freeman Mathis & Gary, LLC**
3020 Issaquah-Pine Lake Rd. SE #263
Sammamish, WA 98075
470-579-6380